**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| **DONALD L. MILLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No. 1:04CV182-DJS |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on December 20, 2005, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #10] is accepted and adopted.

Dated this   11th   day of January, 2006.

                                        /s/Donald J. Stohr
                                        UNITED STATES DISTRICT JUDGE